UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **CHRISTIN MARTELL,**<br>    Plaintiff<br><br> v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner,**<br>**Social Security Administration,**<br>    Defendant | )<br>)<br>)<br>)  No. 2:16-cv-65-JHR<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council,

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings. Upon the remand of this case by the Court, the Appeals Council will remand it to an Administrative Law Judge ("ALJ") for a de novo hearing and decision. On remand, the Appeals Council will direct the ALJ to further evaluate Plaintiff's educational level; and obtain supplemental vocational expert testimony to determine if there are a substantial number of jobs Plaintiff can perform in the national economy.

THEREFORE, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The

clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 29th day of August, 2016.

/s/  John H. Rich III
U.S. Magistrate Judge